# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E. D. TREVILLER,** <br> Plaintiff, <br> vs. <br> **BARRY GOLDSTEIN, ET AL.,** <br> Defendants. | CASE NOS. 17-cv-06684-YGR <br><br> **ORDER GRANTING REQUEST FOR ADDITIONAL TIME** <br><br> Re: Dkt. No. 13 |

The Court has reviewed plaintiff's request for additional time to respond to defendants' pending motions and answers. (Dkt. No. 13.) Good cause appearing, the Court hereby **GRANTS** plaintiff's request for additional time.

Plaintiff has not specified the length of the requested extension. The only current deadline in this matter is for plaintiff to file an amended complaint alleging facts sufficient to state civil claims, and a basis for personal jurisdiction over the foreign defendants named therein. (*See* Order Adopting Report and Recommendations, Dkt. No. 12.) The amended complaint was due June 15, 2018.

Therefore, the Court **ORDERS** that, no later than **July 17, 2018**, plaintiff **SHALL FILE** his Amended Complaint. Failure to file the Amended Complaint by that date may result in dismissal of this action. Plaintiff is directed to review the Court's Order (Dkt. No. 12) as well as the Report and Recommendations of Magistrate Judge Jacqueline S. Corley (Dkt. No. 10) for further explanation of the deficiencies he must correct in his Amended Complaint.

**IT IS SO ORDERED.**

Dated: June 19, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**