# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E. D. TREVILLER,**<br>Plaintiff,<br>vs.<br>**BARRY GOLDSTEIN, ET AL.,**<br>Defendants. | CASE NO. 17-cv-06684-YGR<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. Nos. 1, 12 |

By Order issued May 18, 2018, plaintiff was directed to file, no later than June 15, 2018, an amended complaint. (*See* Dkt. No. 12.) On June 15, 2018, the Court received a request from plaintiff for additional time "to reply to defendant motions and answers." (Dkt. No. 13.) Subsequently, the Court granted plaintiff's request and extended to July 17, 2018 the deadline to file an amended complaint. (Dkt. No. 14.) As of the date of this order, plaintiff has not filed an amended complaint, filed any other documents since June 15, 2018, and, in fact, all of his mail is being returned as undeliverable. Accordingly, having failed to pursue this action, and pursuant to Federal Rule of Civil Procedure 4(m) this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: July 31, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**