# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E. D. TREVILLER,** | CASE NO. 17-cv-06787-YGR |
| Plaintiff, | |
| vs. | **ORDER RE: PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |
| **FOLEY, ET AL.,** | Re: Dkt. No. 17 |
| Defendants. | |

The Court has received plaintiff's motion for reconsideration of order dismissing case for failure to prosecute.  (Dkt. No. 17.)  Plaintiff's motion appears to refer to an order the Court issued in related case, *Treviller v. Goldstein, et al*, Case No. 4:17-cv-06684-YGR at Docket Number 19, dismissing case for failure to prosecute.  Accordingly, the Clerk of the Court **SHALL FILE** the motion in the related case, *Treviller v. Goldstein, et al*.

Moreover, the Court has reviewed plaintiff's motion for reconsideration and hereby **GRANTS** plaintiff's motion.  *See* Fed. R. Civ. P. 60(b).  Accordingly, the Clerk of the Court **SHALL** reopen the case *Treviller v. Goldstein, et al*, Case No. 4:17-cv-06684-YGR.  Plaintiff **SHALL FILE**, in Case No. 4:17-cv-06684-YGR, his amended complaint no later than **Monday, October 15, 2018**.  (*See* Dkt. No. 14.)  Plaintiff is directed to review the Court's May 18, 2018 Order (Dkt. No. 12) as well as the Report and Recommendations of Magistrate Judge Jacqueline S. Corley (Dkt. No. 10) for further explanation of the deficiencies he must correct in his amended complaint.

**IT IS SO ORDERED.**

Dated: September 17, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**