# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E. D. TREVILLER,** | CASE NO. 17-cv-06684-YGR |
| Plaintiff, | |
| vs. | **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |
| **BARRY GOLDSTEIN, ET AL.,** | |
| Defendants. | |

**TO PLAINTIFF E.D. TREVILLER:**

**This Order concerns your action.**

By Order issued May 17, 2019, plaintiff was directed to file, by no later than June 24, 2019, a Notice of Change of Address specifying his new address and an amended complaint. (Dkt. No. 27.) As of the date of this order, plaintiff has not filed any such Notice or amended complaint, filed any other documents since October 16, 2018, and, in fact, all of his mail continues to be returned as undeliverable. Accordingly, having failed to pursue this action, and pursuant to Federal Rule of Civil Procedure 4(m), this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: July 9, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**